# UNITED STATES DISTRICT COURT
## SOUTHERN DIVISION, ILLINOIS

Daniel Franklin
  Plaintiff,
  — vs —
Montgomery county Jail,
Kevin Knisley, Dave Stiege,
Jim stite, Adam Fath,
Chris watson, complete
care recovery systems,
Dr. Vipen shah, megan
Tomey, Advanced
correctional health-
care, Nurse mary,
Tracy Hammitt,
Montgomery county
public defenders
office, Erin
Mattson, montgomery
county probation dept.,
John and Jane Doe
    Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case NO. 18-CV-2028-NJR

Plaintiff demands
TRIAL BY JURY

## COMPLAINT 42 USC 1983 (municiple state prisoner)

1. Deliberate indifference to serious medical needs
2. Deliberate indifference to serious psychiatric needs.
3. Cruel and unusual punishment
4. Retaliation
5. Failure to protect
6. Denial of access to courts

Jurisdiction:

A. DANIEL FRANKLIN #N-17675
Graham Correctional Center
P.O. BOX 499 Hillsboro, IL. 62049

B. Defendant #1:
Montgomery county sheriffs department/Jail
140 N. main st. Hillsboro, IL. 62049

C. Defendant #2:
Montgomery county public defenders office
120 N. main st. Hillsboro, IL. 62049

D. Defendant #3:
Advanced correctional healthcare
employed by: Montgomery county Jail
Address: 140 N. main st. Hillsboro, IL. 62049

E. Defendant #4:
complete care recovery solutions healthcare
employed by: montgomery county Jail
Address: 140 N. main st. Hillsboro, IL. 62049

F. Defendant #5:
Kevin Knisley
employed by: montgomery county sheriffs dept.
Position: Jail warden/Administrator
Address: 140 N. main st. Hillsboro, IL. 62049

Defendant #6:
Dave Stiege
employed by: mmtgomery county sheriffs dept.
Position: Jail guard
Address: 140 N. main st. Hillsboro, IL. 62049

2

g. Defendant #7:

Jim Stitte
employed by: Montgomery county Sheriffs dept.
position: Jail guard
Address: 140 N. Main St. Hillsboro, IL. 62049

H. Defendant #8:

Adam Fatti
employed by: Montgomery county Sheriffs dept.
position: Jail guard
Address: 140 N. Main St. Hillsboro, IL. 62049

I. Defendant #9:

Chris watson
employed by: Montgomery County sheriffs dept.
Position: Jail guard
Address: 140 N. Main St. Hillsboro, IL. 62049

J. Defendant #10:

Dr. Vipen Shah
employed by: Complete care recovery Solutions
Position: Jail doctor/physician Montgomery co. Jail
Address: 140 N. Main St. Hillsboro, IL. 62049

K. Defendant #11:

Megan Tomey
employed by: Complete care recovery Solutions
Position: Nursing assistant at Montgomery co. Jail
Address: 140 N. Main St. Hillsboro, IL. 62049

3

L. Defendant #12:

    Mary _____?_____

    employed by: Advanced Correctional healthcare
    Position: Nurse practioner at Montgomery co. Jail
    Address: 140 N. Main st. Hillsboro, IL. 62049

M. Defendant #13:

    Tracy Hammitt
    employed by: Advanced correctional healthcare
    Position: Nurse at Montgomery co. Jail
    Address: 140 N. Main st. Hillsboro, IL. 62049

N. Defendant #14:

    Montgomery county probation department
    Address: 120 N. Main st. Hillsboro, IL. 62049

O. Defendants #15 & 16:

    Jane and John Doe
    employed by: Montgomery county Probation Dept.
    Address: 120 N. Main st. Hillsboro, IL. 62049

4

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): DANiEL FRANKLiN

Defendant(s): #1. FRANKLIN V. Wexford  13-c-50293

#2. Franklin V. Dan williams 17-CV-03/22-JBM

2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number: 13-c-56293
3:17-CV-03/22-38m

4.    Name of Judge to whom case was assigned:
Judge michael MAHONY - 13-c-56293
Judge Joe Billy McDade - 17-CV-3/22

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): Civil rights

6.    Disposition of case (for example: Was the case dismissed? Was it appealed?  Is it still pending?):
Both monetary settlement agreements in both cases

7.    Approximate date of filing lawsuit:

#1. → 2013              P
5.
#2. → 2017

8.   Approximate date of disposition:   #1. → 2015

#2. → 2017

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"   No

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution?   ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?

Filed repeated grievances stating I was being denied medical treatment for serious injuries while in custody of Montgomery county Jail and was suffering serious injuries and was being subjected to cruel and unusual punishment

2.   What was the result?

repeatedly referred to individuals/ medical that I was complaining about. No results And I was punished for filing complaints and grievances and threatened to stop filing grievances

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?

6.

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

grievances in complaint marked as exhibits 1 to 2~~8~~

and all the grievances and complaints that I did file were responded to by Jail administror/warden Capt. Kevin Knisley #829 as can be seen in the exhibits marked 1 through 22

STATEMENT OF CLAIM

Place of occurrence: montgomery county jail Hillsboro, IL. 62049

Date of occurance: June 7, 2018 continously through October 5th 2018

WITNESSES TO THE OCCURANCE:
State of Illinois Department of rehabilitation employees, 1. Orlean Alexander and 2. Maurice Walton.
3. State of Illinois Dept. of Human rights employee Jodi Russel
4. montgomery county Jail guard John Doe.

UNITED STATES DISTRICT COURT SOUTHERN DIVISION, ILLINOIS

42 USC 1983 Complaint / STATEMENT OF CLAIM

On 6-7-18 I was taken into the custody of montgomery county Jail in Hillsboro, IL. for driving on revoked license. From At this present time and during my entire incarceration in montgomery county Jail 6-7-2018 through 10-5-2018 I suffered from serious illnesses and injuries of Parkinson's disease, Lewy body dementia, a Brain tumor, complex seizure disorder, WPW heart disease and a fractured spine

STOP See exhibit 1 . From 6-7-2018 through 10-5-2018 I was denied medical and psychiatric treatment and care and (while in custody) also was denied (intentionally) urgently needed medical treatment and care resulting in permant disability, serious injury, severe prolong pain and suffering and severe emotional distress. I was also "punished" for having these serious medical conditions and complaining about them and for that sole reason I was held in isolation from 6-21-2017 to 10-5-2017 over 100 days under the pretense of "medical cell" EACH and everyday in severe physical pain and in severe emotional distress. Each and every person named in complaint knew Montgomery county Jail was not staffed or equipped to treat and care for my multiple serious illness and they knew housing me there that there was a substantial risk of serious injury and harm and they disregarded that risk which resulted in me being seriously injured and they were acting under the color of law and deliberately indifferent to my serious medical needs.

8

~~COMPLICATIONS~~

From 6-7-18 through 6-19-18 Dr. Vipen Shah, Nurse Megan Tome and Kevin Knisley all knew that I needed physical therapy and vital medications for my multiple serious illnesses including but not limited to vitial seizure, heart and blood pressure medicine Dilantin, Lisinopril and metoprolol also Parkinsons disease and Lewy body dementia medications of Sinemet, Effexor, Trodon and clonazepam. Between 6-7-18 and 6-19-18 I was pleading for my (these) prescribed medications and was not given any of them even though all the above stated individuals knew I needed them to prevent disability, serious injury or death.

On 6-11-18, 6-13-18 and 6-17-18 I had multiple seizures and falls repeatedly seriously re-injuring a already fractured back and it was clear I was in (urgent) need of urgent and immediate (medications and) medical treatment and care and on each of those dates Kevin Knisley and Dave Stiege responded and I told them I was extremely sick and had ~~was~~ severe ~~physical~~ pain in my back ~~and that it~~ that it was seriously ~~injured~~ fractured or worse again and that I needed ~~my~~ a doctor and medications. Both Kevin Knisley and Dave Stiege told me to put in a sick call slip, that the Nurse and doctor only come in every week or two. and left me to suffer in pain and agony. I repeatedly begged for urgent and immediately needed medical care, medications even a wheelchair from 6-7-18 to 6-19-18 and was not provided anything until 6-19-18.

9.

On 6-19-18 I was seen by "Nurse" Megan Tomey who explained to me she was just a assistant and there was nothing she could do for me, she told me I'd have to wait till the doctor came in and she did not know when that would be. I told her that I was losing my ability to walk and in great pain from not receiving physical therapy for Parkinson's disease and that I was in severe pain with newly fractured back and ask her to send me to emergency room for treatment and medications and she said "No, you'll just have to wait for the doctor to come in" and sent me back to my cell to suffer even after I had waited over 8 straight days to see her. A jail guard provided me a walker and shower chair later that day when he seen I couldn't walk. "Nurse" Megan Tomey refused to help me in anyway (See exhibit 1a) X STOP X

On 6-25-18 I fell and suffered a major concussion busted my head open, had a huge knot, was nauseated, vomiting, dizzy, confused, disorientated and Warden Kevin Knisley responded to emergency button and called on call jail doctor Dr. Vipen Shah who refused to come in and treat this serious head injury. Knisley gave me a couple aspirines and a ice pack and told guards to look in on me every 30 min. "medical watch" which is only them making their rounds like they do anyhow. X STOP X See exhibit 2

10

Days later when I did finally see Dr. vipen shah and told him of my seriously re-injured back, my Head injury, heart out-of-control seizures, my chest Pains and abnormal beats, heart attack and severe pain in head and back he said "you got some serious problems you will have to see if your family can get you out" "get it fixed when you get out" and sent me back to my cell to suffer without any physical examination at all x stop ( see exhibit 3 grievance to Kevin Kriesly where he responded on back of grievance "its up to medical proffessional to handle your treatment" etc...) and had the nurse to schedule me to be seen by the same incompetent Doctor, Dr. vipen shah The Jail doctor, even though he knew Dr. shah was not providing me any treatment and care at all. I personally begged Kevin Krisley to take me to Hillsboro, IL. emergency room for urgently needed treatment and medical care and he refused, due to cost and inconvience and left me to be neglected and suffering.

prior to being taken into custody of M.C.J. on 6-7-18 I was being treated and seen by a neurologist to prevent my seizure disorder getting out of control and a cardiologits to prepare me for heart surgury and to prevent my heart disease from deteriorating. (and to prevent a heart attack) * weeks prior I begged Jail warden and Dr. shah to make arrangements to get me to these appointments on 6-21-18 and 6-27-18 stop see exhibits 4 and 5 x due to cost and inconvience

11

Kevin Knisley and Dr. Vipen Shah would not allow me
to be seen and treated by my neurologist or cardiologist
or any neurologist or cardiologist even though it was
very clear and apparent that I need$^{ed}$ to be treated
by a neurologist and cardiologist, their refusal
to allow this resulted in my seizure disorder
getting out of control, permant and serious injury,
permant neurological and brain damage and they
allowed my heart disease to deteriorate causing
permant heart damage and a heart attack

I told Jail warden Kevin Knisley, Dr. Shah and
nurse Tomey and they were aware that prior to
being taken into custody and at the time of, I was
being provided physical therapy from 2 full-time
State of Illinois Department of Rehabilitation Home
Health Care Aides to prevent me from becoming
rigid, stiff and in pain from Parkinson's disease
and Lewybody dementia, they knew if I was not
provided physical therapy I would progressively
lose my ability to walk and be in increasing greater
body pains. From 6-8-18 daily I repeatedly
begged Knisley, Dr. Shaw and Nurse Tomey, to
provide me with physical therapy and they all
denied it due to cost and inconvience, I
went from walking to walker $^X$ (see exhibit 1)
to a wheelchair in severe pain and
practically bed ridden (see exhibits 6, 7 and 8
and had to lay in my own urine even with the

absorbent/diapers cause I couldn't get them on or off and was denied ↓ help.

Once again due to Montgomery county Jail, Kevin Kriesley, complete care recovery Solutions, Dr. Vipen Shah and nurse Megan Tomey's not wanting to bear the cost and inconvience of providing me the needed treatment, care and physical therapy for Parkinson's disease, Lewy body dementia combined with flat out refusal to treat serious back injury I was disabled, handicapped, and suffered for months terribly, and still suffering.

Between 6-11-18 and 6-23-18 I continued to have irregular heartbeats, chest pains, high blood pressure, seizures, falls which I pleaded with Dr. shaw and nurse Tomey to address (everything) and they refused, Nurse Tomey would call me to be seen and when I got to medical room in the Jail she would JUST tell me I been put in to see doctor when he comes and she would do absolutely nothing more even after me telling her I was in serious pain, and in medical distress from chest pains, seizures, falls injuries etc...

On 8-23-18 I had a seizure fell and seriously injured/fractured my elbow and ask officer adam Fath to get me emergency medical care that I was in extreme pain and that it felt like I broke my elbow when having the seizure, he just walked away and said put in a sickcall slip which I did daily and verbally asking all Jail guards to get me medical treatment and

13

they Just ignored me then on 8-30-18 and 8-31-18 I put in grievances asking for emergency medical care (⊗ STOP⊗ see exhibits 9 and 10 response from Kevin Knisley stating "put in to be Seen on 31st") and (inordinate 9 day) after ⌄delay when Dr. Shah did see me he said "I thought you were going to get your family to get you out" and said "your o.k. now" and sent me back to my cell without doing anything.

I had pleaded with my public defender Erin Mattson to let the Judge Know I was being Seriously medically neglected and for her to try to get the Judge to order the appropriate treatment and care for me or have me housed in a Jail that had a infirmary or medical ward with medical professions on duty 7 days a week because my multiple serious illness and injuries required treatment and care 7 days a week and montgomery county Jail had no infirmary or medical ward and their medical providers only came in for a few minutes every week or TWO. Due to Mattson having a extreme dislike for me because I criticized her performance as a attorney and because I would not take a plea deal, she (ms. mattson) had tried to force on me, she with wilful and wanton conduct took a adversarial

14

stance against me while representing me,
refusing to present meritorious and creditable
evidence that showed I was innocent, and she
refused to communicate with me by mail, in
person and would deny my calls and hang up, she
refused to present creditable and reliable evidence
that I was being grossly medically neglected and
suffering serious injury to the judge at my
8-24-18 bond hearing, knowing her
failure to do so would result in my bond motion
being denied. Ms. Mattson knew
I was suffering severe pain and injury from
medical neglect and wanted me to continue
to suffer until I would breakdown and
plead guilty, she told me "the only
way to get out of this jail and get the
medical treatment and care you need is
to plead guilty and go to I.D.O.C." Then she
would refuse to communicate with me about anything
(see grievances to and responses from jail warden kevin
kinisley exhibits 11 through 13 where I desperatly
try to get ms. mattson to communicate with
me to defend me and to protect me from the
severe abuse and neglect and negligent medical
treatment I was suffering. Mattson acts and
refusals to act resulted in me suffering serious
physical injury and prolong pain and suffering and

15

forced me to plead guilty under duress just
to get to I.D.O.C. and get urgently needed
medical, neurological, and psychiatric treatment
and care. My public defender also knew her acts and
failures to act were causing severe emotional distress
on me and triggering seizures and serious injury but
with willful and wanton conduct she continued to
intentionally inflict emotional distress on me.

I also was denied access to the courts.
Montgomery County Jail and Montgomery County
Jail warden Kevin Knisley had a policy where
indigent inmates were not provided postage,
legal Legal copies, law library, assistance or any
supplies for a indigent inmate to challenge his
conviction or conditions of confinment. I
was indigent and wanted to file a sec. 1983
and turn to the Federal Court for a emergency
injunction to save me from the deliged
deliberate indifference to my serious medical
needs and to save my health and life and
to complain about the conditions of my
confinement, Kevin Knisley would not provide
me with anything to do this, I couldn't
even get a envelope to communicate with the
circuit court or my public defender Erin
Mattson most of the time and she would not
take my calls or see me anytime Erin

56

mattson also denied and impeded my
access to the courts. ~~attorn~~. Several times
I became so stressed out about Kevin
Knisley and Erin mattson doing this ~~th~~
~~bad practiced~~ The stress triggered grand
mal seizures and I seriously injured
myself. ×STOP× ↓ See exhibit 18:8 where Kevin
Knisley responds to my grievance about
this saying, "Mr. Franklin has been informed
of policy and procedure etc." it was not
resolved, he simply told me their rules
was not to provide envelopes or supplies they
had to be purchased off Commensary. I
told him I had no Money, he told me
to ask my family for Money and walked
away. I had no civil attorney and was denied access.
    Throughout the month of August 2018, 8-12-18
8-22-18, 8-23-18, 8-29-18, 8-30-18  I continued having seizures,
to suffer serious chest pains, stage II high blood pressure, and
falls injuring myself etc... and when guards Fath, Stitte
watson and Stiege would respond Knowing I needed
immediate medical care and treatment they would
tell me to put in a SicK call Slip and that the
doctor would come in later in the week mabey,
~~and when~~ when he did he would do nothing, I then
put in another Complaint to Jail Warden Knisley
and the response to this grievance was

17

"a new medical company "ACH" starts on 9-1-18, and will assist you with your medical needs." (See exhibit 19)

On 9-1-18 while sitting in my wheel-chair at the door I seen new medical provider Nurse Mary walking by my cell, I hollered and stopped her and told her that I was having serious chest pains weekly, stage II dangerously high blood pressures weekly, multiple seizures and falls weekly and that I had a seriously injured elbow and back that had me in extreme pain and on top of all that I had some kind of abcess or Tumor inside my jaw cheek and throat that was causing severe pain and making it very difficult and painful to eat and swallow. She said she would look into everything and see me the next day. Nurse Mary lied and day after day went by with me not receiving any medical treatment or care at all and suffering extreme pain from 9-1-18 to 9-17-18 and I put in yet another grievance (stop see exhibit 20 where Knisley simply states "referred to medical") on the Sept. 18th I did finally see Nurse Mary and as soon as the guard rolled me into the medical interview

18

Room Nurse Mary said "I only take 3 medical complaints per visit that's it" I explained to her I had Parkinson's disease, Lewy body dementia, a brain Tumor, complex seizure disorder, WPW heart disease (a bad heart) high blood pressure, a hernia, a newly injured and fractured back and elbow 9 issues, 7 of them cronic and progressive. She said "I know this" "so pick the 3 problems you want me to address" I told her there were at least 5 minimum serious health and injuries I need immediately address ~~sta~~ ~~your going to be~~ and serious psyhiatric problems, she said "if your going to be argumentive ~~can~~ I'll just have you taken back to your cell, now pick 3" I told her my fractured back, she said "Oh that happened before you got here, next" Told her it happened here (I needed treatment and) and said physical therapy to save me from being parmantly crippled, she said "they would not provide that due to cost and inconvince", I told her my heart and seizures, she said nothing and had me sent back to my cell, I pleaded with her to address the mouth/inside Jaw ~~and~~ Tumor and she had the officer

19

bring me a few cap full's of medicated
mouthwash, and did absolutely nothing to
treat or care for all my other medical
issues or injuries. ~~The pain medical~~
~~~~ The medical neglect and pain
had got so bad and the fact that nobody
was doing anything to save me and in
fear for my life I said I would plea
guilty (even though I was innocent and
did not want to) Just so that I could
try to get out of this Jail and get the
urgently and proper medical treatment
I needed for my illnesses and injuries,
("I was tired of suffering" and)
and because ↑I feared for my life. see 20 &
#21

    Another reason why is because I
was being punished severely for ~~them~~ having
medical issues and ~~too~~ saying and writing
complaints and grievances about them
not providing me proper treatment and
care. I was placed in isolation under
the false pretense of medical watch when
the true reason was retaliction and punishment
on 6-21-18 to 10-9-18 approximately
137 days of complete isolation, no
contact or interaction with any inmates
the only time I was taken out of my isolation

10

Cell was the few times for Court, it was pure torture (see exhibit #22

I suffer from Lewy body dementia which is a neurological/physical ~~xxxxxxxx~~ disease with profound psychiatric symtoms and deficits which require psychiatric and neurological treatment, ~~and~~ care and medications. I was suffering profound effects of this disease, severe anxiety attacks, hallucinations, depression etc. the entire time in custody in montgomery county Jail and Kevin Knisley, Dr. Vipen Shah, Nurse megan Tomey, & Nurse mary _____, and Nurse Tracy Hammitt all flat out refused to provide me any neurological or psychiatric care at all and denied me the proper prescribed medications I take for this disease all because of cost and inconvience. ~~(Knisley denied me medical refused me to see someone and got denied)~~ Resulting in serious physical injury and extreme and severe, emotional distress for months. (see exhibit 22 xxxx) Then to make matters even worse I had seizures and fell out my bunk a few times seriously injuring myself and ask all above individuals to provide me a hospital safety bed with safety rails on it to protect me from injury and all of them said no it's too expensive and they

21

order me to put my mat on the concrete
floor which was never cleaned and daily
I was bitten and tortured by ants, bugs
and dust mites it was a living hell, pure
torture and agony daily. Jail guard
Dave Stiege was the guard who passed
out brooms and cleaning supplies everyday and I would beg him to come in so
my cell could be cleaned and he
would just walk by and laugh at me.
~~Kevin~~ ~~Dees~~ ~~Rebeca~~
Video recording cameras in my cell
will also confirm all that I have
stated in this complaint including my
cell not being cleaned one single time in
4 months I was in there (I was), it was infested
with dust mites & being tortured daily.
     On 10-4-18 my public defender came to
Jail to see me and to force guilty plea on
me and I pleaded with her to make a way so
that I could get urgently and immediately
needed medical treatment and care and she
once again maliciously told me the only way
your going to get proper medical care is to
plead guilty and go to Illinois Dept. of Corrections
and said she would even write them a memo

22.

x stop x See exhibit 23 ___ (10-4-18 memo to Warden
Foster) I Broke down and agreed to plead guilty
in fear for my health, safety and life and then
told her the Illinois Guardianship and Human
rights commission had sent faxed her a
release for me to sign and send back so they
could start a investigation into the medical
abuse and neglect I was suffering in Montgomery
county Jail  x stop x See exhibit 24 ___   Ms. Mattson
tried to withhold it from me and I told her
I just got off the phone with the human
rights coordinator and Ms. Mattson then produced
it and gave it to me.  My (scheduled) court date was not
until the next day 10-5-14 but due to I
told her I could not endure the pain and suffering
one more day and her fear of the human rights
investigation and her (Ms. Mattsons) fear that
they might come to my rescue and I'd not
plead guilty She (Ms Mattson) had me immediately
brought to court to do the plea deal. She did
not want to chance waiting until my scheduled
10-5-14 court date the next day. Prior to
being taken over to the courtroom I took
precautionary measures and wrote a affidavit
see exhibit #25 (affidavit stamped minutes before plea)
                    by Ms. Mattson secretary who is also
        23        a notary

Stating "I was getting ready to plead guilty
under duress of fear for my safety, health
and life and not because I was guilty or
wanted to but because I was being medically
abused and neglected and couldn't take the
pain and suffering anymore, [and was in immediate need of medical care]" also I told 23
guards, inmates and ~~boss~~ called human
rights commission and told them I was
being forced to plead guilty under duress, and
told them all this right before I was taken
to court to do the plea on 10-4-18. My public
defender Erin Mattson also took action to assure
I would not be released on electronic monitoring
~~also~~ where I could get the proper treatment
and care I urgently needed, she wanted
me to be in pain and suffering to induce
me to plead guilty. On 10-4-18 under duress
I did plead guilty and was transported to I.D.O.C. Graham
C.C. on 10-5-18 and was immediately taken to
medical ward and evaluated and assessed by medical
and it was determined I did in fact need immediate
medical attention and care and ~~would to be~~ was
placed in medical ward under ~~medical~~ medical
treatment and care due to my serious illnesses and
injuries, and then immidiately filed motion to withdraw
* see exhibit ~~26~~ 26. Additionally I was not placed

24

in medical because Ms Mattson or I requested
to be placed there in the Exhibit 22 (the 10-24-18
memo to I.D.O.C. requesting I be placed there) I
was admitted into the medical ward on 10-5-18
after examination and assessment by doctors
and it was determined and found that my
illnesses and injuries had gone been neglected
and gone untreated and I was in fact
in need of immediate medical treatment
and care for my serious illnesses and injuries.
Graham correctional medical dept. has very
high and strict criteria for a inmate to be
admitted into the medical ward, you can
not be admitted just because someone request
it or because you want to be, you have to be
suffering serious effects from a illness or serious
injury. In closing, months prior to guilty plea
on 8-24-2018 Judge Roberts indicated he would release
me on electronic ankle bracelet home detention and
my public defender Erin Mattson maliciously and
with wilful and wanton conduct conspired with
montgomery county probation dept. Jane and
John Doe to assure this would not be coordinated
or facilitated and did this to assure I would
stay incarcerated continuing to suffer
serious injuries and serious prolong pain

25

and suffering so that I would breakdown and plead guilty when I was innocent and did not want to plead guilty.

I suffered several injuries from 8-24-18 to 10-4-18 which could have been avoided if I had been released on electronic detention where I could have got the proper treatment and care. Exhibits 8 through 22 substantiates 8-24-18 to 10-5-18 injuries, pain and suffering

~~Second factors~~

9. A inmate is at the mercy of his keepers and when a inmate suffers a serious illness, disease or injury that causes or will cause sickness, disability handicap, pain and suffering or further injury ~~and there~~ is a treatment or medication that can prevent and/or cure the sickness or remedy the disability or injury and stop the pain and suffering and that inmate can not pursue or aquire that treatment or medication on his own because of incarceration, then it is the legal, moral and ethical duty of his keepers, the prison or jail to assure and promptly provide that treatment or medication regardless to cost and inconvienience. Denial, failure or delay of providing that treatment or medication because of cost and inconvienience that results in disability, handicap, further injury and pain and suffering of a inmate and leaving ~~that~~ that ~~every~~ inmate to remain ~~in~~ ~~custody~~ that way in custody, handicapped, in physical pain and agony day after day continuing to not provide proper treatment due to cost and inconvience is ~~~~, deliberate indifference to serious medical needs and rises to the level of cruel and unusual punishment which is exactly what happened to defendant/inmate Daniel Franklin.

10. ~~~~ 27

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

a. monetary damages
b. Punitive damages
c. Compensatory damages
d. such other relief this court deems appropriate

## VI.   JURY DEMAND (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  10-19-18
(date)

Signature of Plaintiff

P.O. Box 499
Street Address

Daniel Franklin
Printed Name

Hillsboro, IL. 62049
City, State, Zip

N-17675
Prisoner Register Number

Signature of Attorney (if any)

Rev. 7/20/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT ILLINOIS

It is suggested That
the Judge, fact finder, or
person reviewing this
complaint, Immeditely go
to Page Number #29 which
starts the beginning of the
PLAintiff's Exhibits ↓ and (SEPERATE Exhibits)
review each exhibit as it
is pointed out in the body
of the Complaint. ~~beecuse~~ These
exhibits are grievances ~~which~~ were
responded to and Signed by Montgomery
county Jail administrator captain Kevin
Knistey #829 and the substartiate claims
in this complaint.

page - 0 -

Page 29

PLAintiff'S

EXHiBiTS /# Through 2~~5~~

~~grieved~~ grievances and other documents
which support ~~motion to withdraw plea~~
Sec. U.S.C. 1983 complaint.

All supporting grievances were responded to and
Signed by Jail Warden CRPt. Kevin Knisley #839

omitted ↓
10-4-18 Affidavit (Exhibit # 25) which
was notorized by public defender Erin mattsons
secratary minuets before Judge entered the
courtroom for plea deal which undisputably
proves plea was not willing or voluntary is
not included until discussion and review by
newly appointed counsel. ~~strikethrough text~~
~~strikethrough text~~
~~strikethrough text~~. D.F.

Danel Franin
DANIEL FRANKLin

pg. 29

- Not-Taking/PRN Propranolol HCl : 40 MG 1 tablet Orally Twice a day,30 day(s) ,60 ,Refills: 2
- Not-Taking/PRN Ranitidine HCl : 150 MG 1 tablet Orally Twice a day,30 day(s) ,60 ,Refills: 1
- Not-Taking/PRN Wheelchair : 150mg as directed external 1 time daily,90 days ,1 ,Refills: 0
- Not-Taking/PRN Amantadine HCl : 100 MG 1 tablet Orally 1 at bedtime,30 days ,30 ,Refills: 0
- Not-Taking/PRN Hydrocodone-Acetaminophen : 7.5-325 MG 1 tablet Orally 1 or 2 times daily prn severe pain,07 days ,14 ,Refills: 0
- Not-Taking/PRN Diclofenac Sodium : 75 MG 1 tablet Orally Twice a day,30 days ,60 ,Refills: 1
- Not-Taking/PRN Methocarbamol : 750 MG 1 tablet Orally 1 at evening,30 days ,30 ,Refills: 1

Notes:
will write a letter for movement so that the patient may take advantage of Planet fittness movement activities

## Tests Ordered/Performed Today

### Imaging Studies and Other Tests
- X ray : Spines, lumbar complete on 10/31/2017

## Other Medical Conditions (Problem List)

- 332.0     Parkinsons disease
- 331.82   Lewy body dementia
- 345.40   Complex partial seizure
- 070.54   Hep C w/o coma, chronic
- 426.7     WPW syndrome
- 310.9     OBS (organic brain syndrome)
- 225.0     Benign brain tumor
- 530.81   GERD (gastroesophageal reflux disease)
- 724.2     Spine pain, lumbar
- 784.0     Chronic headaches
- 794.31   Abnormal EKG
- F29        Psychosis
- G20        Parkinsons disease

## Smoking Status
- current smoker

Summary of Today's Visit for - Franklin , Daniel   DOB:09/07/1963   Account No: 27210 MRN: 37110
**Central Counties Health Centers   2239 E Cook St   Springfield, IL 62703-1944   217-788-2300**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*
*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*



# Summary of Today's Visit
**Franklin , Daniel   DOB:09/07/1963**
Account No 27210  MRN 37110
Gender:Male
Race:White
Ethnicity:Not Hispanic or Latino
Preferred Language:English
10/31/2017 visit with Sheila Ayorinde, MD

## Reason for Visit

- F/u

## Vitals

- Wt 219 (lbs)
- Wt-kg 99.34 (kg)
- Ht 5 ft 7 in (in)
- Ht-cm 170.18 (cm)
- BMI 34.30 (Index)
- BP 159/104 (mm Hg)
- Temp 99.5 (F)
- HR 117 (/min)
- RR 18 (/min)
- Oxygen sat % 98 (%)

## Allergies

- N.K.D.A.

## Medication List

- Start Meloxicam : 15 MG 1 tablet Orally once a day,30 day(s) ,30 ,Refills: 1 , stop date: 12/30/2017

Other medications you are on
- Taking Dilantin : 100 MG 1 capsule Orally 2 cap every AM, 1 Cap at 2pm and 2 caps at 8pm
- Taking Colace : 100 MG 1 capsule as needed Orally twice a day
- Taking Metoprolol Tartrate : 75 MG 1 tablet with food Orally Twice a day
- Taking Effexor : 37.5 MG 1 tablet with food Orally once a day
- Taking Geodon : 40 MG 1 capsule with food Orally Twice a day
- Taking Robaxin-750 : 750 MG 1 tablet Orally every 4 hrs
- Taking Sinemet : 25-100 MG 1 tablet Orally Three times a day
- Not-Taking/PRN Effexor : 37.5 MG 1 tablet with food Orally once a day
- Not-Taking/PRN Prozac : 20 MG 1 capsule in the morning Orally once a day,30 days ,30 ,Refills: 2
- Not-Taking/PRN Trazodone HCl : 50 MG .5 tablet at bedtime as needed Orally .5 at bedtime,30 days ,15 ,Refills: 2
- Not-Taking/PRN Phenytoin Sodium Extended : 100 MG 3 capsule Orally 1time at bedtime,30 day(s) ,90 ,Refills: 3

Summary of Today's Visit for - Franklin , Daniel  DOB:09/07/1963  Account No: 27210 MRN: 37110
**Central Counties Health Centers   2239 E Cook St   Springfield, IL 62703-1944   217-788-2300**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*

*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

# A #9(a)

## COUNTY OF MONTGOMERY
## DEPARTMENT OF THE SHERIFF
## DIVISION OF CORRECTIONS

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____     Cell: 6-19-18

• • • • INSTRUCTIONS • • • •

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
    [X] Complaint about Treatment
    [ ] Disciplinary Board Appeal
                 [ ] Request Special Visit
                 [ ] Medical Co-Payment Grievance

I have Parkinson disease, Lewy body dementia, A Brain Tumor WPW heart disease seizure disorder and [ ] Other _not getting treatment for any_

[ ] CLASSIFICATION SECTION:
    [ ] Request Trustee Status
    [ ] Request Reclassification
                 [ ] Complaints Regarding Other Inmates
                 [ ] Other: _____

[X] COURT LIAISON:    [ ] Request Information
    [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
    [ ] Other _Need wheelchair for court in extreme pain dizzy stiff and can not hardly walk_

[ ] FACILITY PROGRAMS:    [ ] Request Information
    [ ] Bible Study    [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
    [ ] Library Services    [ ] Other _____

[X] MEDICAL SECTION:    [ ] Request Information
    [ ] Sickness    [ ] Injury    [X] Medication    [ ] Dental Concern    [ ] Depression
→ [ ] Other _desperatly need medications very sick haven't had them since 6-1-18_

[ ] OTHER CONCERNS:    [ ] Request Information
    [ ] Personal Property    [ ] Commissary
    [ ] Shift Supervisor    [ ] Other    [ ] Trust Account Balance    [ ] Laundry

Explain reason for Request or Grievance: _in extreme pein have fell a few times, back hurting real bad can not hardly walk_
→ _can I please get a wheelchair for it make it to court and I been begging to see a doctor for days and still havent + desperatly need medical care_

Inmates Signature: _Daniel Franklin_          Date: 6-19-18

Staff Response: _SEEN BY NURSE 6-19-18, SHOWER CHAIR AND WALKER PROVIDED_

Staff Officer Signature: _Carr H809_          Date: 6-20-18



Plaint. Ex Scan with #2

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: __Daniel Franklin__

Cellblock: _____     Cell: _____

**••••INSTRUCTIONS••••**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[ ]  ADMINISTRATION:
    [ ] Complaint about Treatment
    [ ] Disciplinary Board Appeal
    [ ] Request Special Visit    [ ] Other_____
    [ ] Medical Co-Payment Grievance

[ ]  CLASSIFICATION SECTION:
    [ ] Request Trustee Status
    [ ] Request Reclassification
    [ ] Complaints Regarding Other Inmates
    [ ] Other:_____

[ ]  COURT LIAISON:    [ ] Request Information
    [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
    [ ] Other_____

[ ]  FACILITY PROGRAMS:    [ ] Request Information
    [ ] Bible Study    [ ] Educational Classes
    [ ] Library Services    [ ] Other_____    [ ] Alcoholic Anonymous    [ ] Drug Counselling

[X]  MEDICAL SECTION:    [ ] Request Information
    [ ] Sickness    [X] Injury    [ ] Medication    [ ] Dental Concern    [ ] Depression
    [ ] Other_____

[ ]  OTHER CONCERNS:    [ ] Request Information
    [ ] Personal Property    [ ] Commissary    [ ] Trust Account Balance    [ ] Laundry
    [ ] Shift Supervisor    [ ] Other_____

Explain reason for Request or Grievance: __I fell this morning and__
__my back was already in serious pain from other__
__fall down here now I fell and busted my head__
__real bad and back again I'm dizzy and in__
__serious pain,__ ~~please~~

Inmates Signature: _____    Date: __6-25-18__

Staff Response: __ON CALL DOCTOR NOTIFIED, ICE AND TYLENOL PROVIDED__
__PLACE ON MEDICAL OBSERVATION, PLACED ON NURSE/DOCTOR SICK__
__CALL LINE.__

Staff Officer Signature: __Cust. # 624__    Date: __6-25-18__

TO: Capt. Kevin Knerley

PLAINTIFF'S Exhibit → #3 (Response on back) Turn over →

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

## INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Daniel Franklin_    Cellblock: _____    Cell: _____

**• • • • INSTRUCTIONS • • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] **ADMINISTRATION:**
   [X] Complaint about Treatment    [ ] Request Special Visit   [ ] Other _____
   [ ] Disciplinary Board Appeal    [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
   [ ] Request Trustee Status
   [ ] Request Reclassification    [ ] Complaints Regarding Other Inmates
                             [ ] Other: _____

[ ] **COURT LIAISON:**    [ ] Request Information
   [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
   [ ] Other _____

[ ] **FACILITY PROGRAMS:**    [ ] Request Information
   [ ] Bible Study    [ ] Educational Classes
   [ ] Library Services    [ ] Other _____    [ ] Alcoholic Anonymous    [ ] Drug Counselling

[X] **MEDICAL SECTION:**    [ ] Request Information
   [ ] Sickness   [X] Injury    [ ] Medication    [ ] Dental Concern    [ ] Depression
   [ ] Other _Head, neck, back/spine injury and Dr. didnt examine_
   _at all Just ASK me my name and how I felt._

[ ] **OTHER CONCERNS:**    [ ] Request Information
   [ ] Personal Property    [ ] Commissary    [ ] Trust Account Balance    [ ] Laundry
   [ ] Shift Supervisor    [ ] Other _____

Explain reason for Request or Grievance: _I have parkinsons disease, A brain Tumor, WPW_
_heart disease, serious seizure disorder, a fractured back which has been_
_and head injury_
→ _more injured from a fall here and was scheduled for surgerys and_
_reciving treatment for all of the above and this Doctor has done_
_absolutely nothing even after knowing I am in extreme pain, having_
_seizures, chest pains, heart racing and after me telling him_

Inmates Signature: _____     Date: _____

Staff Response: _this all he does is say you have some serious problems_
_you will have to see if you family can get you out. He has not_
_ordered any x-rays, MRI's, testing or anything a_
_EKGS test, Physical threapy or anything_
_a competent Doctor would order. I am in extreme_
_pain and suffering._

Staff Response Signature: _____     Date: _____

_The only thing this Doctor here has done for me is have_
_the officer put a pulse meter on my finger and check my pulse_
_and oxygen, Thats it and ask me my name and how I felt_
_did no physical exam of my head, back, neck. Nothing, it after_

I AM AWARE OF YOUR MEDICAL CONDITION AND IT IS UP
TO THE MEDICAL PROFESSIONALS TO HANDLE YOUR TREATMENT.
THE NURSE WILL BE ADVISED AND I'LL SCHEDULE YOU TO BE
SEEN AS SOON AS POSSIBLE.





Plaintiff's
Exhibit →



# HSHS Medical Group
Neuroscience Center Springfield

Jigar P Mankad MD

421 N 9th St,

Springfield, IL, 62702

(217) 757-6868

Daniel Franklin
505 North Daniels
Springfield, IL  62702

This is a friendly reminder to let you know that you have an appointment
with Jigar P Mankad MD at Neuroscience Center Springfield scheduled for
**06/21/2018** at **09:00 am.**

**If unable to keep this appointment, kindly give 24-hours notice.**

Sincerely,

Neuroscience Center Springfield



Plaintiff's Exhibit 5 #

**SIU MEDICINE**

Giselle Baquero, MD • Youssef Chami, MD • Abdul Moiz Hafiz, MD
Michael Kim, MD • Mohamed Labedi, MD • Abhishek Kulkarni, MD
Momin Siddique, MD • Kathy Stark, AGPCNP-BC

Internal Medicine • Division of Cardiology
Southern Illinois University School of Medicine
747 N Rutledge – 5th Floor · PO Box 19648
Springfield, IL 62794-9648

APPOINTMENTS 217.545.8000
FAX 217.545.7877
www.siumed.edu

Patient Appointments: 217 | 545-8000    Fax number: 217 | 545-7877

APPOINTMENT ON: 6/27/18

TIME: 3:00 pm

747 N RUTLEDGE • 5TH FLOOR
SPRINGFIELD, IL 62794-9648



Date: 7-9
Time: 8:15



DEFENDANT'S
EXHIBIT
C

T. O. Captain Meggars #8 ← PLAINTIFF'S EXHIBIT

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Daniel Franklin        Cellblock: _____    Cell: _____

**• • • • INSTRUCTIONS • • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

For to get help Need door to Connecting Cell open Also Curt 1 I have wheelchair in here

[X] **ADMINISTRATION:**
[ ] Complaint about Treatment
[ ] Disciplinary Board Appeal            [ ] Request Special Visit      [ ] Other: Also can you
[ ] Medical Co-Payment Grievance

please let me call S.S.I Today and my public defender

[ ] **CLASSIFICATION SECTION:**
[ ] Request Trustee Status
[ ] Request Reclassification              [ ] Complaints Regarding Other Inmates
[ ] Other: _____

[ ] **COURT LIAISON:**
[ ] Release Date        [ ] Request Information
[ ] Other _____      [ ] Bond Amount     [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers

[ ] **FACILITY PROGRAMS:**            [ ] Request Information
[ ] Bible Study        [ ] Educational Classes
[ ] Library Services   [ ] Other _____     [ ] Alcoholic Anonymous    [ ] Drug Counselling

[ ] **MEDICAL SECTION:**   [ ] Request Information
[ ] Sickness   [ ] Injury    [ ] Medication
[ ] Other _____           [ ] Dental Concern   [ ] Depression

[ ] **OTHER CONCERNS:**   [ ] Request Information
[ ] Personal Property      [ ] Commissary
[ ] Shift Supervisor       [ ] Other _____     [ ] Trust Account Balance   [ ] Laundry

Explain reason for Request or Grievance: Sometimes I can not get up its getting worse I'm getting more stiff from Parkinsons disease and my back is in so much pain. sometimes I couldn't get up to pee and I urinated and have to lay in it. I need help. Can you please _____ or _____

Inmates Signature: _____        Date: _____

Staff Response: door that goes to the next cell the guys over there said they will help me. please, there is a door that connects these 2 cells together. they will help me. Thank you

Staff Signature: Danl Frnn                Date: 7-8-18

REQUEST DENIED FOR ACCESS INTO NORTH BAY 3. YOU WILL BE PROVIDED ABSORBENT UNDERWEAR. PLEASE FILL OUT A SICK CALL REQUEST FOR MEDICAL NEEDS, WHEELCHAIR PROVIDED.
Capt Megr 7/13/18

*Captain Kelley*  #7 ← PLAINTIFF'S Exhibit

# COUNTY OF MONTGOMERY
## DEPARTMENT OF THE SHERIFF
### DIVISION OF CORRECTIONS

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____

**** INSTRUCTIONS ****

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
  [ ] Complaint about Treatment
  [ ] Disciplinary Board Appeal          [ ] Request Special Visit     [ ] Other_____
                                         [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status
  [ ] Request Reclassification           [ ] Complaints Regarding Other Inmates
                                         [ ] Other:_____

[ ] COURT LIAISON:          [ ] Request Information
  [ ] Release Date          [ ] Bond Amount     [ ] Trial Date Set     [ ] Extradition     [ ] Holds/Retainers
  [ ] Other_____

[ ] FACILITY PROGRAMS:       [ ] Request Information
  [ ] Bible Study           [ ] Educational Classes
  [ ] Library Services      [ ] Other_____     [ ] Alcoholic Anonymous     [ ] Drug Counselling

[ ] MEDICAL SECTION:        [ ] Request Information
  [ ] Sickness    [ ] Injury      [ ] Medication
  [ ] Other_____                               [ ] Dental Concern     [ ] Depression

[ ] OTHER CONCERNS:         [ ] Request Information
  [ ] Personal Property     [ ] Commissary
  [ ] Shift Supervisor      [ ] Other_____     [ ] Trust Account Balance     [ ] Laundry

Explain reason for Request or Grievance: Sometimes I can not get up
I get real stiff from parkinsons disease and
my back is in severe pain it getting worse
yesterday I couldn't get up to pee and urinated on
myself and had to lay in it can I please have wheelchair

Inmate's Signature: in my cell          Date: 7-9-7?

Staff Response: ABSORBENT UNDERWEAR WILL BE ISSUED AS WELL AS WHEELCHAIR
AS WELL AS CLEANING SUPPLIES AT YOUR REQUEST.

Staff Officer Signature: _____          Date: 7/13/08

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

# INMATE REQUEST AND GRIEVANCE FORM

# ☒ ☒ PLAINTIFF'S EXHIBIT

Inmates Name: _Daniel Franklin_          Cellblock: _____          Date 8-29-18

**★★★★INSTRUCTIONS★★★★**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X]  **ADMINISTRATION:**
   [ ] Complaint about Treatment     [ ] Request Special Visit   [ ] Other_____
   [ ] Disciplinary Board Appeal      [ ] Medical Co-Payment Grievance

[ ]  **CLASSIFICATION SECTION:**
   [ ] Request Trustee Status      [ ] Complaints Regarding Other Inmates
   [ ] Request Reclassification      [ ] Other:_____

[ ]  **COURT LIAISON:**   [ ] Request Information
   [ ] Release Date   [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition   [ ] Holds/Retainers
   [ ] Other_____

[ ]  **FACILITY PROGRAMS:**   [ ] Request Information
   [ ] Bible Study   [ ] Educational Classes   [ ] Alcoholic Anonymous   [ ] Drug Counselling
   [ ] Library Services   [ ] Other_____

[X]  **MEDICAL SECTION:**   [ ] Request Information
   [X] Sickness   [X] Injury   [X] Medication   [ ] Dental Concern   [X] Depression
   [ ] Other_____

[ ]  **OTHER CONCERNS:**   [ ] Request Information
   [ ] Personal Property   [ ] Commissary   [ ] Trust Account Balance   [ ] Laundry
   [ ] Shift Supervisor   [ ] Other_____

Explain reason for Request or Grievance: _I really am in serious pain, injured, suffering not being provided the proper treatment for my illness and its causing continued pain and suffering that could be avoided if given the right medications and treatments. i have no one to turn to, cannot get the judge, this jail, (circuit court) the or my attorney to take action to save me from the pain, suffering_

Inmates Signature: _injury, and disabilities and I'm suffering as a_ Date: _result of not_
Staff Response: _being provided the proper medication or treatment for my serious illnesses. I am indigent and have repeatedly tried to get copys, envelopes to write the Federal court for help to file a emergency injunction to save my health and possibly life. Ms. Mattson won't (and prevent farther avoidable pain)_

Staff Officer Signature: _communicate with me in person, by_ Date: _phone or mail to tell me anything or the Status she has made arrangements for the scrambler. I'm afraid she might not get it done and I'll be left here to sit and suffer, condition getting worse and may have a heart attack or stroke and die. It may not seem like_

CAPTAIN KISLEY #3 (PLAINTIFF'S EXHIBIT)

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin      Cellblock: _____      Cell: 8-31/8

**** INSTRUCTIONS ****

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[ ]  ADMINISTRATION:
    [ ] Complaint about Treatment    [ ] Request Special Visit    [ ] Other_____
    [ ] Disciplinary Board Appeal    [ ] Medical Co-Payment Grievance

[ ]  CLASSIFICATION SECTION:
    [ ] Request Trustee Status    [ ] Complaints Regarding Other Inmates
    [ ] Request Reclassification    [ ] Other:_____

[ ]  COURT LIAISON:    [ ] Request Information
    [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
    [ ] Other_____

[ ]  FACILITY PROGRAMS:    [ ] Request Information
    [ ] Bible Study    [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
    [ ] Library Services    [ ] Other_____

[ ]  MEDICAL SECTION:    [ ] Request Information
    [ ] Sickness  [ ] Injury  [ ] Medication    [ ] Dental Concern  [ ] Depression
    [ ] Other_____

[ ]  OTHER CONCERNS:    [ ] Request Information
    [ ] Personal Property    [ ] Commissary    [ ] Trust Account Balance  [ ] Laundry
    [ ] Shift Supervisor    [ ] Other_____

Explain reason for Request or Grievance: I put in Sick Call Slips since the 23rd and its the 30th still no Doctor or Nurse She was here Yesterday did not call me I got a fractured elbow from seizure

Inmate Signature: and just been left here to suffer

Staff Response: in ex severe pain This is crazy got a lot of other serious medical issues I know I seen doctor on 22nd

Staff Officer Signature: But I need medical care and flat out being denied it. Please respond and send me a copy of response Thank you
    8-31-18 x Daniel Franklin

SCHEDULED TO SEE DOCTOR ON 8-31-18.

*Capt. Kinley* # P10 ← Plaintiff's Exhibit

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin

Cellblock: _____     Date: 8-31-18

**\* \* \* \* INSTRUCTIONS \* \* \* \***

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

Since 8-23-18 Thurs- I'm injured hurting bad been putting in Sick call Slips and Asking for medical Care that is urgently needed and nurse been here and didn't see me or Doctor did not

[X] **ADMINISTRATION:**
[ ] Complaint about Treatment
[ ] Disciplinary Board Appeal
[ ] Request Special Visit      [ ] Other
[ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
[ ] Request Trustee Status
[ ] Request Reclassification
[ ] Complaints Regarding Other Inmates
[ ] Other: _____

[ ] **COURT LIAISON:**   [ ] Request Information
[ ] Release Date   [ ] Bond Amount   [ ] Trial Date Set      [ ] Extradition      [ ] Holds/Retainers
[ ] Other _____

[ ] **FACILITY PROGRAMS:**   [ ] Request Information
[ ] Bible Study   [ ] Educational Classes      [ ] Alcoholic Anonymous      [ ] Drug Counselling
[ ] Library Services   [ ] Other _____

[X] **MEDICAL SECTION:**   [ ] Request Information
[ ] Sickness   [ ] Injury   [ ] Medication      [ ] Dental Concern   [ ] Depression
[ ] Other *Sick call or verbal request are not working*

[ ] **OTHER CONCERNS:**   [ ] Request Information
[ ] Personal Property   [ ] Commissary      [ ] Trust Account Balance      [ ] Laundry
[ ] Shift Supervisor   [ ] Other _____

Explain reason for Request or Grievance: It has been 9 days I been begging for Medical care have not been assessed treated, seen, Nothing. What am I Suppose to do or who do I Complain to ~~when~~ I been constantly medically neglected and ms. mattson won't even do anything

Inmates Signature: or communicate with me     Date: let the Judge

Staff Response: Know I'm trapped injured and suffering and nobody's listening what AM I Suppose to Do? ~~Can you let me know~~ ~~let me tell the Judge~~ ~~still~~

Staff Officer Signature: Please Respond          Date: 8-31-18

SCHEDULED TO SEE DOCTOR ON 8-31-18. Follow up - OUR RECORDS INDICATE YOU WAS SEEN BY DOCTOR THE EVENING OF 8-31-18
*[signature]* 9-4-18

*Capt. Knisley #10*

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**                    **INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Darrel Franklin          Cellblock: _____     Date 8-24-18

* * * *INSTRUCTIONS* * * *

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*Captain Knisley please, please forgive me I promised I wouldn't bug you but I'm truely in bad shape, I won't send no more and*

[X] **ADMINISTRATION:**
    [ ] Complaint about Treatment    [ ] Request Special Visit   [ ] Other
    [ ] Disciplinary Board Appeal    [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION SECTION:**
    [ ] Request Trustee Status    [ ] Complaints Regarding Other Inmates
    [ ] Request Reclassification    [ ] Other:_____

*I've tried everything to talk to Ms. Mattson I feel so bad if she could come and let me know what is happening it would help*

[ ] **COURT LIAISON:**   [ ] Request Information
    [ ] Release Date    [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition   [ ] Holds/Retainers
    [ ] Other_____

[ ] **FACILITY PROGRAMS:**   [ ] Request Information
    [ ] Bible Study    [ ] Educational Classes   [ ] Alcoholic Anonymous   [ ] Drug Counselling
    [ ] Library Services    [ ] Other_____

[ ] **MEDICAL SECTION:**   [ ] Request Information
    [ ] Sickness  [ ] Injury   [ ] Medication   [ ] Dental Concern   [ ] Depression
    [ ] Other_____

[ ] **OTHER CONCERNS:**   [ ] Request Information
    [ ] Personal Property    [ ] Commissary   [ ] Trust Account Balance   [ ] Laundry
    [ ] Shift Supervisor    [ ] Other_____

Explain reason for Request or Grievance: Capt. I've been ~~hurting~~ hurting, suffering and now having severe anxiety and panic attacks, so stressed out I'm on the verge of a heart attack, stroke or ~~a~~ nervous breakdown, and not being able to see or talk to Ms. Mattson is making things 10 times worse. Can you please let me know if you contacted her and #1 What

Inmates Signature: *she said? and #2. did she say she would come talk*
Staff Response: *to me? if so #3. when? this is torture, ~~the~~ please let me know this morning. Thank you Darl Frn*

Date:_____

Staff Officer Signature: _____     Date: _____

*You was seen by Doctor on 8-22-18, please address your health concerns using a sick call request. Your next court date is 8-24-18. [signature] 8-24-18*

JAIL POLICIES AND PROCEDURES 7 OF 6

# 13 PLAINTIFF'S EXHIBIT

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: _Daniel Franklin_          Cellblock: _____          DOH: _6-27-19_

**• • • •INSTRUCTIONS• • • •**

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X]  **ADMINISTRATION:**
   [X] Complaint about Treatment          [ ] Request Special Visit     [ ] Other _____
   [ ] Disciplinary Board Appeal          [ ] Medical Co-Payment Grievance

[ ]  **CLASSIFICATION SECTION:**
   [ ] Request Trustee Status             [ ] Complaints Regarding Other Inmates
   [ ] Request Reclassification           [ ] Other: _____

[X]  **COURT LIAISON:**     [X] Request Information
   [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
   [ ] Other _Need court liaison to try to help me get information from_
                                          _Public defender ms. mattson_

[ ]  **FACILITY PROGRAMS:**     [ ] Request Information
   [ ] Bible Study        [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
   [ ] Library Services   [ ] Other _____

[ ]  **MEDICAL SECTION:**  [ ] Request Information
   [ ] Sickness [ ] Injury    [ ] Medication      [ ] Dental Concern   [ ] Depression
   [ ] Other _____

[ ]  **OTHER CONCERNS:**  [ ] Request Information
   [ ] Personal Property      [ ] Commissary      [ ] Trust Account Balance    [ ] Laundry
   [ ] Shift Supervisor       [ ] Other _____

Explain reason for Request or Grievance: _Just immediately before I came in here my_
_doctor and cardiologist was preparing me for heart surgry and ordered_
_that my heartrate and blood pressure be monitored several times a day by_
_a healthcare proffesional cause I was at high risk of a heart attack or_
_stroke. ms. mattson did not let the court know this and my mind was racing_
_and I forgot to say all things but I have medical proof of this right now_

Inmates Signature: _____                    Date: _____

Staff Response: _there are a lot of other things also that i needed to let the_
_judge know about my health issues and how the lack of_
_treatment was seriously affecting and harming me and allowing me to suffer_
_I looked at my medical record but don't got the money to get copys_
_those along with what I have will 100% show that to continue_
_to house me here is going to result in more injury, more pain_

Staff Officer Signature: _and more suffering which could be_     Date: _avoided it_
_I could get the proper treatment and medication. on the 6th_
_at court if ms. mattson's unable to have scrambler set-up, I want_
_to present to the judge the true fact of the harm and danger I_
_am in here, I've tried everything I could to get ms. mattson_

Cont. on back →

To give me copys of the medical record that medical gave her and she always says she will but hasn't Can the court liasion talk to her and let her know its really important I have those copys of everything the medical dept. here gave her Just in case the scrambier is not set up. I need those copys to protect my health, Life and to prevent more injury and suffering. please respond and give me a copy of this and your response please. (please copy both sides).

4-27-18        Daniel Franklin

~~Staff response~~  please help me Court liasian I've tried everything mabey if you ask her she will and tell her I said thanks for doing it if she dves and see if she will come see me I can't call and she has never answered my letters. I really need to talk to her to please don't say anything to make her mad at me.

staff response: YOUR ATTORNEY HAS BEEN INFORMED OF YOUR CIRCUMSTANCES.

Capt/829  8-28-18

# 13 PLAINTIFFS Exhibit

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Daniel Franklin_     Cellblock: _____     Date: _8-29-18_

* * * * INSTRUCTIONS * * * *

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
  [ ] Complaint about Treatment      [ ] Request Special Visit     [ ] Other _____
  [ ] Disciplinary Board Appeal      [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status         [ ] Complaints Regarding Other Inmates
  [ ] Request Reclassification       [ ] Other _____

[X] COURT LIAISON:                   [ ] Request Information
  [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
  [ ] Other _____

[ ] FACILITY PROGRAMS:               [ ] Request Information
  [ ] Bible Study       [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
  [ ] Library Services  [ ] Other _____

[ ] MEDICAL SECTION:                 [ ] Request Information
  [ ] Sickness   [ ] Injury   [ ] Medication    [ ] Dental Concern    [ ] Depression
  [ ] Other _____

[ ] OTHER CONCERNS:                  [ ] Request Information
  [ ] Personal Property     [ ] Commissary     [ ] Trust Account Balance    [ ] Laundry
  [ ] Shift Supervisor      [ ] Other _____

Explain reason for Request or Grievance: _I've been trying everything to get ms. mattson to take my call or come see me, she won't I've ask you or whoever is the court liason to try to get her to see me, have you or court liason let her know I have something very urgent to talk to her_

Inmates Signature: _about? Please Respond_     Date: _8-29-18_

Staff Response: _and #2, Can I please, please make that call to Guardianship and Advocacy today— Xand Twin_

Staff Officer Signature: _____     Date: _____

_Your Attorney has been informed & your call was granted on 8-24-18. You have phone privilege in your cell, Please contact family or friends._

_Capt/Ofc 8-30-18_

#14  PLAINTIFFS
Exhibit

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: _Daniel Franklin_        Cellblock: _____        Cell: _8-31-18_

**••••INSTRUCTIONS••••** _IC ms. matison come today can you talk to her or call her do your best to convince her to see me PLEASE_

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

_please can you Also see me just for a few minutes I wont take up your time I know you busy thank you_

[X] **ADMINISTRATION:**
    [ ] Complaint about Treatment        [ ] Request Special Visit        [ ] Other
    [ ] Disciplinary Board Appeal        [ ] Medical Co-Payment Grievance

[ ] **CLASSIFICATION:**
    [ ] Request Trustee Status        [ ] Complaints Regarding Other Inmates
    [ ] Request Reclassification        [ ] Other: _____

[X] **COURT LIAISON:**        [ ] Request Information
    [ ] Release Date        [ ] Bond Amount        [ ] Trial Date Set        [ ] Extradition        [ ] Holds/Retainers
    [ ] Other _need to see Judge Roberts urgently and get document to him_

[ ] **FACILITY PROGRAMS:**        [ ] Request Information
    [ ] Bible Study        [ ] Educational Classes        [ ] Alcoholic Anonymous        [ ] Drug Counselling
    [ ] Library Services        [ ] Other _____

[ ] **MEDICAL SECTION:**        [ ] Request Information
    [ ] Sickness   [ ] Injury        [ ] Medication        [ ] Dental Concern        [ ] Depression
    [ ] Other _____

[ ] **OTHER CONCERNS:**        [ ] Request Information
    [ ] Personal Property        [ ] Commissary        [ ] Trust Account Balance        [ ] Laundry
    [ ] Shift Supervisor        [ ] Other _____

Explain reason for Request or Grievance: _MS. Matison wont see me no matter how hard I try. I wrote and even had the officer tell her this is urgent a emergency and she still wont is there anyway you can get me before Judge Roberts or give him some documents. this is truly very urgent_

Inmates Signature: _Daniel Frin Please Respond_        Date: _8-31-18_

Staff Response: _THE PUBLIC DEFENDER REPRESENTING YOU HAS BEEN NOTIFIED._
_____
_____
_____

Staff Officer Signature: _[signature]_        Date: _9-4-18_

# 15 PLAINTIFF'S Exhibit

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Daniel Franklin                    Cellblock: _____    ~~Cell:~~ 9-3-18

**\* \* \* \* INSTRUCTIONS \* \* \* \***

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*Need court liasion to take emergency motion to Judge and ask for to see him Today.*

[X] **ADMINISTRATION:**
   [ ] Complaint about Treatment          [ ] Request Special Visit
   [ ] Disciplinary Board Appeal          [ ] Medical Co-Payment Grievance          [ ] Other

[ ] **CLASSIFICATION SECTION:**
   [ ] Request Trustee Status             [ ] Complaints Regarding Other Inmates
   [ ] Request Reclassification           [ ] Other: _____

[X] **COURT LIAISON:**  ←          [ ] Request Information
   [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
   [ ] Other  *a urgently need to be taken before Judge Roberts*

[ ] **FACILITY PROGRAMS:**          [ ] Request Information
   [ ] Bible Study        [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
   [ ] Library Services   [ ] Other _____

[X] **MEDICAL SECTION:**   [ ] Request Information
   [X] Sickness   [X] Injury   [X] Medication   [ ] Dental Concern   [ ] Depression
   [ ] Other *I have been so calusky and cursed when it comes to health issue now because of cataracks and I think my head shaking more. I'm losing my eye sight*

[ ] **OTHER CONCERNS:**   [ ] Request Information  *and Dr. Shah wont do anything even for a fractured*
   [ ] Personal Property      [ ] Commissary    [ ] Trust Account Balance    [ ] Laundry  *back*
   [ ] Shift Supervisor       [ ] Other _____

Explain reason for Request or Grievance: *I have a emergency medical issue I need to discuss with Judge Roberts and also to discuss about my attorney, She will not take any of my calls wont respond to any request for information, Wont come see me ~~Request~~ I urgently needed to see her, before my*

Inmates Signature: *bond hearing and after but she* Date: *wont even*

Staff Response: *after trying to get you to convince her I been having some serious medical problems. These officers or this video camera can not see the pain and agony I'm in, can not see my internal organs, can not see my chest pains and abnormal*

Staff Officer Signature: *heart beats and Dr. Shah as been* Date: *flat out Negligent in treating me. There are many issues Ms. mattson did not let the Judge know. I beg of you come get this ~~letter~~ Emergency motion and take it to the Judge please and ~~please respond~~ please respond take me too*

# 16   PLAINTIFF'S EXHIBIT

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin        Cellblock: _____    ~~Cell~~ 9-3-18

* * * *INSTRUCTIONS* * * *

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*Please, please call mattson and ask her if she got the scrambler home detention set up*

[X] ADMINISTRATION: *ms. mattson came thurs. and refused to see me even after I sent note it was a emergency*
  [ ] Complaint about Treatment        [ ] Request Special Visit     [ ] Other _____
  [ ] Disciplinary Board Appeal        [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status           [ ] Complaints Regarding Other Inmates
  [ ] Request Reclassification         [ ] Other: _____

[X] COURT LIAISON: [X] Request Information
  [ ] Release Date   [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition   [ ] Holds/Retainers
  [ ] Other ~~has~~ *has ms. mattson arranged scramble E.D. or is she even trying?*

[ ] FACILITY PROGRAMS: [ ] Request Information
  [ ] Bible Study         [ ] Educational Classes    [ ] Alcoholic Anonymous   [ ] Drug Counselling
  [ ] Library Services    [ ] Other _____

[X] MEDICAL SECTION: [ ] Request Information
  [ ] Sickness  [ ] Injury  [ ] Medication   [ ] Dental Concern   [X] Depression
  [ ] Other *ms. mattson's refusal to communicate with me or answer any mail has got me on the verge of a nervous breakdown, making me have seizures, even hurt my elbow bad.*

[ ] OTHER CONCERNS: [ ] Request Information
  [ ] Personal Property    [ ] Commissary      [ ] Trust Account Balance   [ ] Laundry
  [ ] Shift Supervisor     [ ] Other _____

Explain reason for Request or Grievance: *Ms. mattson will not respond to me in any kind of way or see me. This anxiety is literally killing me, ~~to on~~ it's triggering seizures, I'm on the verge of total mental breakdown and having a heart attack or stroke from the stress. Can you please call her and ask her what is the*

Inmates Signature: *status of her getting a scrambler ~~Date~~ home-detention*
~~Staff Response:~~ *set-up between montgomery and Sangamon County. PLEASE this would relieve a lot of the stress and anxiety. Not knowing anything is truly affecting my health. I was stressing about her not telling me or communicating with me and started vomiting*
~~Staff Officer Signature:~~ *and had a seizure thursday hurt myself when she always ~~Date~~ refuses to talk to me or see me. I truly may have a stroke. Please ask her that one question and let me know as soon as you find out.* Response:

*respond please and send it back please*

*THE PUBLIC DEFENDER REPRESENTING YOU HAS BEEN NOTIFIED AND IS AWARE OF YOUR CIRCUMSTANCES, AS WELL AS MEDICAL STAFF matters*

JAIL POLICIES AND PROCEDURES 7 OF 6

*Carter-Kristen*  # 17 PLAINTIFFS EXHIBIT

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

**INMATE REQUEST AND GRIEVANCE FORM**

Inmates Name: Darrel Franklin        Cellblock: _____    Cell: G-13-18

****INSTRUCTIONS****

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

[X] ADMINISTRATION:
    [ ] Complaint about Treatment    [ ] Request Special Visit    [ ] Other_____
    [ ] Disciplinary Board Appeal    [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
    [ ] Request Trustee Status    [ ] Complaints Regarding Other Inmates
    [ ] Request Reclassification    [ ] Other:_____

[X] COURT LIAISON:    [ ] Request Information
    [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
    [X] Other Can you please personally give this green envelope to mrs mattson and give response that you did

[ ] FACILITY PROGRAMS:    [ ] Request Information
    [ ] Bible Study    [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
    [ ] Library Services    [ ] Other_____

[ ] MEDICAL SECTION:    [ ] Request Information
    [ ] Sickness  [ ] Injury    [ ] Medication    [ ] Dental Concern  [ ] Depression
    [ ] Other_____

[ ] OTHER CONCERNS:    [ ] Request Information
    [ ] Personal Property    [ ] Commissary    [ ] Trust Account Balance  [ ] Laundry
    [ ] Shift Supervisor    [ ] Other_____

Explain reason for Request or Grievance: I have wrote ms mattson countless times making reasonable and polite request for information she has never responded not 1 single time. I made 4 request 1. copys of the medical dept records she got from here 2. do I get 35.00 a day credit towards bond. 3. has she got scrambler monitor arranged 4. Am I eligible for drug court

Inmates Signature: _____    Date: _____
Staff Response: and asking for a written response. I would like a response from court liason showing she got it and when thank you    REQUEST SENT

Staff Officer Signature: _____    Date: 9.14.18

Response:

*Captain _____ will you please*
*See me today. # 18 ＆ PLAINTIFF'S Exhibit*

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

# INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: __Daniel Franklin__          Cellblock: _____          Date __8-17-18__

•••• INSTRUCTIONS ••••

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

*Also I been charged by medical when they shouldnt have. I would like to tell you why*

[X] ADMINISTRATION:
    [ ] Complaint about Treatment
    [ ] Disciplinary Board Appeal    [ ] Request Special Visit    [ ] Other
                        [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
    [ ] Request Trustee Status
    [ ] Request Reclassification    [ ] Complaints Regarding Other Inmates
                        [ ] Other:_____

[ ] COURT LIAISON:    [ ] Request Information
    [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
    [ ] Other

[ ] FACILITY PROGRAMS:    [ ] Request Information
    [ ] Bible Study    [ ] Educational Classes
    [ ] Library Services    [ ] Other    [ ] Alcoholic Anonymous    [ ] Drug Counselling

[X] MEDICAL SECTION:    [ ] Request Information
    [X] Sickness    [X] Injury    [X] Medication    [ ] Dental Concern    [ ] Depression
    [ ] Other

[ ] OTHER CONCERNS:    [ ] Request Information
    [ ] Personal Property    [ ] Commissary
    [ ] Shift Supervisor    [ ] Other    [ ] Trust Account Balance    [ ] Laundry

Explain reason for Request or Grievance: I have been denied making legal copys
of "New" information I wanted to send to her and then ever.
for the past few days I been denied the green envelopes
too so I can't send anything to her also besides being denied
legal copys I'm indigent and the Jail will not provide me
stamped envelopes to send to my other attorney.

Inmates Signature: _____    Date: _____

Staff Response: or to send to the federal court about our
Shah here not giving me the right medical treatment
county jails are required to make legal copys, supply
& stamped envelopes etc... by law & I can give you the

Staff Officer Signature: statutes and case law that    Date: __show this and__
you can c    __8-17-18__

*MR FRANKLIN HAS BEEN INFORMED OF POLICY & PROCEDURES.*
*THE ABOVE COMPLAINT HAS BEEN RESOLVED BY VERBAL*
*AGREEMENT. CAPT #d/829  8-17-18*

Captain Frisby #19 * Plaintiff's Exhibit

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin        Cellblock: _____   Date: 9-1-18

**** INSTRUCTIONS ****

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

need medical care as Soon as possible

[X] ADMINISTRATION:
    [X] Complaint about Treatment       [ ] Request Special Visit   [ ] Other not Dr. Shah.
    [ ] Disciplinary Board Appeal       [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
    [ ] Request Trustee Status          [ ] Complaints Regarding Other Inmates
    [ ] Request Reclassification        [ ] Other: _____

[ ] COURT LIAISON:                      [ ] Request Information
    [ ] Release Date    [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
    [ ] Other _____

[ ] FACILITY PROGRAMS:                  [ ] Request Information
    [ ] Bible Study         [ ] Educational Classes    [ ] Alcoholic Anonymous    [ ] Drug Counselling
    [ ] Library Services    [ ] Other _____

[X] MEDICAL SECTION:                    [ ] Request Information
    [X] Sickness  [X] Injury  [ ] Medication    [X] Dental Concern    [X] Depression
    [ ] Other I'm Sick, injured, not getting right medication etc. Dr. Shah refuses to treat anythi

[ ] OTHER CONCERNS:                     [ ] Request Information
    [ ] Personal Property       [ ] Commissary      [ ] Trust Account Balance   [ ] Laundry
    [ ] Shift Supervisor        [ ] Other _____

Explain reason for Request or Grievance: I been having some serious medical problems and was trying to explain all them to Dr. Shah, having abnormal heartbeats, chest pains, dangerously high blood pressures, fractured back in bad pain, whole body stiff and in extreme pain, I had a several seizures in the last couple weeks and think my elbow has a broken bone in it

Inmate Signature: _____  Date: _____

Dr. Shah would not look at ANYTHING, just told me (officer) to put that little pulse thing on my finger and said get him on out of here. I was still pleading as McCoy rolled me out. Dr. Shah has been neglecting my medical issues for months, I even fell here and seriously re-injured my back and in severe pain and

Staff Officers Signature: _____  Date: _____

Dr. Shah said "get it fixed when you get out" That is insane for a doctor to do that! I need emergency medical help PLEASE! I have undisputable proof Dr. Shah is neglecting me and Ms. Mattson didn't let the Judge know and when I talked I could say it right and Dr. Shah's report of a month ago the court had saying I was stable was a flat out lie!!!

JAIL POLICIES AND PROCEDURES 7 OF 6

CONT. on BACK page

Can you please verify this so for L. G. McCoy
and get me emergency medical care and come
see me so I can show you please-don't
say it's on medical again  I'm suffering
and seriously in pain and danger  Please
come see me and get me medical care
Please! immediately  Please  I'm on verge
of a heart attack or stroke for real. I
know my body! I need help! I'm about
to be released and I want to make it
out of here alive not in a body ~~bag~~ bag
McCoy will tell you he refused to treat
me and said "get back fixed when you
get out" Please respond and let me
know.
                    9-1-18            David Furr

Staff response:

A NEW MEDICAL COMPANY ACH STARTS 9-1-18
AND WILL ASSIST YOU WITH YOUR MEDICAL
NEEDS.
                    Capt [illegible] 804
                    9-4-18

*Plaintiffs*
*Exhibit → # 20*

COUNTY OF MONTGOMERY
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____     ~~call~~ 8-17-18

**\*\*\*\*INSTRUCTIONS\*\*\*\***  Can you please send all
the request responses
I don't remember what I
sent

1. Print All Information
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

Please let me know
it will take some of
the stress off me if
I know it won't be
too much longer
before Doctor
comes

[X] ADMINISTRATION:
   [ ] Complaint about Treatment      [ ] Request Special Visit      [ ] Other
   [ ] Disciplinary Board Appeal      [ ] Medical Co-Payment Grievance

[ ] CLASSIFICATION SECTION:
   [ ] Request Trustee Status         [ ] Complaints Regarding Other Inmates
   [ ] Request Reclassification       [ ] Other: _____

[ ] COURT LIAISON:       [ ] Request Information
   [ ] Release Date      [ ] Bond Amount   [ ] Trial Date Set   [ ] Extradition   [ ] Holds/Retainers
   [ ] Other

[ ] FACILITY PROGRAMS:     [ ] Request Information
   [ ] Bible Study         [ ] Educational Classes   [ ] Alcoholic Anonymous   [ ] Drug Counselling
   [ ] Library Services    [ ] Other

[X] MEDICAL SECTION:   [ ] Request Information
   [X] Sickness   [X] Injury   [X] Medication   [X] Dental Concern   [ ] Depression
   [ ] Other need nitro heart medicine and been suffering with jaw injury
   for over 2 weeks in bad pain and back still in severe pain tylanol
   are not working at all

[ ] OTHER CONCERNS:   [ ] Request Information
   [ ] Personal Property      [ ] Commissary      [ ] Trust Account Balance   [ ] Laundry
   [ ] Shift Supervisor       [ ] Other

Explain reason for Request or Grievance: I have a injury, a infection and some kind
of knot or tumor on the inside of my cheek hurts real bad I been
waiting on the doctor since the 1st now tonight I think I had
a minor heart attack, seizure or something I don't know but nobody
ever comes I need nitro can you call the doctor and

Inmates Signature: let her know, I only get a week    Date: to go I want

Staff Response: to make it to the 24th, I been in bad pain for
a while I hope she comes soon can you let me know.
~~please respond~~ ~~Freakings~~
hey Capt. I been hurting and suffering bad real bad

Staff Officer Signature: you can't see my pain and ~~agony~~ ~~Date:~~ on camera
but I truely am. I don't want to plead guilty but I can't
take this no more looks like I'm going to have to, to ~~get~~ ~~to get~~
hurry up and get the right treatment things have got real bad.

Please ~~catch~~
Respond let me know
when she'll get here

REFERRED TO MEDICAL
~~signature~~ 8-17-18

#216 PLAINTIFF'S Exhibit

COUNTY OF MONTGOMERY.
DEPARTMENT OF THE SHERIFF
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Daniel Franklin          Cellblock: _____   Cell: 9-17-18

****INSTRUCTIONS****          Can you come see me for

1. Print All Information          Just a couple min.          Can you or the
2. Provide as much Information as possible (no complaining)          officer make sure
3. Place an (X) in the box you are requesting Information/Assistance          she sees me or gets
4. Complete one (1) Request/Grievance Form for each section checked          this a letter I got with

[X]  ADMINISTRATION:                                                          Terms of agreement
     [ ] Complaint about Treatment      [ ] Request Special Visit    [ ] Other  that I'll do.
     [ ] Disciplinary Board Appeal      [ ] Medical Co-Payment Grievance
                                                                             Thank you.
[ ]  CLASSIFICATION SECTION:
     [ ] Request Trustee Status         [ ] Complaints Regarding Other Inmates
     [ ] Request Reclassification       [ ] Other: _____

[X]  COURT LIAISON:         [ ] Request Information
     [ ] Release Date       [ ] Bond Amount    [ ] Trial Date Set    [ ] Extradition    [ ] Holds/Retainers
     [X] Other  need to talk to ms. mattson and take a plea deal URGENT
                will do deal Today
[ ]  FACILITY PROGRAMS:      [ ] Request Information
     [ ] Bible Study         [ ] Educational Classes   [ ] Alcoholic Anonymous   [ ] Drug Counselling
     [ ] Library Services    [ ] Other _____

[ ]  MEDICAL SECTION:       [ ] Request Information
     [ ] Sickness  [ ] Injury  [ ] Medication   [ ] Dental Concern   [ ] Depression
     [ ] Other _____

[ ]  OTHER CONCERNS:        [ ] Request Information
     [ ] Personal Property       [ ] Commissary      [ ] Trust Account Balance   [ ] Laundry
     [ ] Shift Supervisor        [ ] Other _____

Explain reason for Request or Grievance: I'm tired of suffering. Can you call ms.
mattson and tell her I will agree to the 2 year sentence with a
60 day medical furlough ONLY. I have a Oct. 10, 2018 appointment with
my cardiologist and I don't know when you guys got me going to
cardiologist and neurologist but I am going to agree to the heart
Inmates Signature: surgery ONLY I was offered right before Date: I came here
Staff Response: So this deal will save the county a whole lot of
money and inconvenience. I have a letter I want the officer
to give her if she comes this morning if not can you give
it to her or see if she'll come over. I'll do this deal today.
Staff/Officer Signature: Please let me know something. Will Date: do deal today.

Response: PUBLIC DEFENDER NOTIFIED.

[signature]  9-18-18

my Copy #22 Plaintiffs Exhibit

**COUNTY OF MONTGOMERY**
**DEPARTMENT OF THE SHERIFF**
**DIVISION OF CORRECTIONS**

**INMATE REQUEST AND GRIEVANCE FORM**
Sent on 7

Inmates Name: Daniel Franklin          Cellblock: _____          Date: 9-20-18 Fri.

****INSTRUCTIONS****  I suffer dementia a neurological and mental disorder that absolutely requires psychiatric care. This nurse practical
1. Print All Information  can do nothing to properly help me.
2. Provide as much Information as possible
3. Place an (X) in the box you are requesting Information/Assistance
4. Complete one (1) Request/Grievance Form for each section checked

URGENT!!!
Can you please respond to this Today and send me the Copy PLEASE

[ ] ADMINISTRATION:
  [X] Complaint about Treatment          [ ] Request Special Visit          [ ] Other _____
  [ ] Disciplinary Board Appeal          [ ] Medical Co-Payment Grievance

Can u please come see me?

[ ] CLASSIFICATION SECTION:
  [ ] Request Trustee Status              [ ] Complaints Regarding Other Inmates
  [ ] Request Reclassification            [ ] Other: _____

[ ] COURT LIAISON:     [ ] Request Information
  [ ] Release Date     [ ] Bond Amount     [ ] Trial Date Set     [ ] Extradition     [ ] Holds/Retainers
  [ ] Other _____

[ ] FACILITY PROGRAMS:     [ ] Request Information
  [ ] Bible Study        [ ] Educational Classes     [ ] Alcoholic Anonymous     [ ] Drug Counselling
  [ ] Library Services   [ ] Other _____

[X] MEDICAL SECTION:     [ ] Request Information  A "psychiatrist" is a "medical DOCTOR"
  [ ] Sickness  [ ] Injury     [ ] Medication     [ ] Dental Concern     [ ] Depression
  [ ] Other  I've begged over and over to see a psychiatrist since I been here. It's really got bad I need help sick cell slips I put in they always

[ ] OTHER CONCERNS:     [ ] Request Information  tell me your taking Geodon' Thats it!
  [ ] Personal Property     [ ] Commissary     [ ] Trust Account Balance     [ ] Laundry
  [ ] Shift Supervisor      [ ] Other  I need to see a psychiatrist

Explain reason for Request or Grievance: I already have a bad heart and high blood pressure, I'm under severe distress in pain, having severe anxiety attacks, hallucinating, seriously depressed, and in isolation no one to talk to, my medicine is not working. I urgently and desperatly need to see a psychiatrist. CAN I see immediately see

Inmates Signature: a psychiatrist? please I'm on the Verge of
Staff Response: Complete nervous breakdown and now even when I try to talk to you Captain (Knisley) you keep walking saying "I aint got time for you" I begging For psyhiatric care Please! the severe stress is killing me and it's a medical fact stress can trigger

Staff Officer Signature: a heart attack or stroke, I'm scared to death!
Response: and the stress is causing seizures and serious injury,

PLaintiffs
Exhibit #23
y3



**Erin S. Mattson
Montgomery County
Public Defender**

120 N. Main St.
Hillsboro, IL 62049
phone (217) 532-9566
fax (217) 532-9567
mattson@montgomerypd.com
text to (636) 442-9366

October 4, 2018

Mr. Craig Foster, Warden
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, Illinois 62049

RE: Daniel S. Franklin, Inmate #N1767

Dear Warden Foster:

I represent Mr. Franklin in the Montgomery County case in which he has been sentenced to the Illinois Department of Corrections. Mr. Franklin has requested that I send this letter with him to give to you upon his admission into your custody so that you may be immediately aware of the myriad of medical issues that plague Mr. Franklin and his need for extensive medical treatment during his time in custody with you. I have attached documents which outline Mr. Franklin's medical diagnoses from his doctors prior to his arrest and incarceration with Montgomery County as well as his medical discharge summary from the last time he was in the custody of the Illinois Department of Corrections.

Mr. Franklin and I request that Mr. Franklin be placed immediately into your medical facility upon arrival rather than in the X house or with the general population. He insists that his physical condition has deteriorated greatly since being incarcerated in Montgomery County and, therefore, is in immediate need of the medical and rehabilitative services that the Illinois Department of Corrections can offer. We also request a prompt transfer of Mr. Franklin to Dixon Correctional Center due to its better medical capabilities to address Mr. Franklin's numerous medical issues.

Thank you for your consideration of Mr. Franklin's medical needs.

Sincerely,

Erin S. Mattson
Montgomery County Public Defender

2ⁿ PLAintiff's
Exhibit #
24

# AUTHORIZATION FOR RELEASE OF INFORMATION

The Illinois Guardianship and Advocacy Commission is requesting disclosure of information that is necessary to accomplish statutory purposes under 20 ILCS 3955.

I authorize      Montgomery County Jail-Hillsboro, Il

           medical and mental health records, treatment plans, staff notes, incident reports, security reports
and notes, restriction of rights, progress notes, court reports, testing, discharge planning, and
to release      MAR

about         Daniel Franklin

         Illinois Guardianship and Advocacy Commission
to             4500 College Avenue, Suite 100 - Alton, IL 62002

For the purpose of     Human Rights Authority Investigation

I understand that I may revoke this consent in writing at any time and that no revocation of this authorization shall be effective to prevent disclosure of records and communications until it is received by the person/agency otherwise authorized to disclose records and communications.

I understand that the above-named person authorized to receive this information has the right to inspect and copy information to be disclosed. I further understand that if the entity receiving this information is not a healthcare provider/plan covered by HIPAA privacy regulations, the information described above may be re-disclosed and no longer protected by the HIPAA regulations (45 CFR 160; 164).

I understand that the records and communications to be disclosed may include sensitive information such as evaluations, habilitation/treatment information for mental health, developmental disabilities, alcohol or substance use/abuse, sickle cell anemia, and sexually transmitted diseases or HIV/AIDS unless specifically designated for exclusion: D.F.

It has been explained to me and I understand that my refusal to consent to this release of information will prevent information from being released and reviewed by the Illinois Guardianship and Advocacy Commission. I understand that D.F. may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization.

This authorization is valid for 12 months following the date of signature: D.F.

_____
         (witness)
10-4-18
         (date)

_____
Daniel Franklin
         (signature)
10-4-18
         (date)

If signature is not of the individual, indicate legal relationship to the individual and legal basis on which consent is given for the individual.

Standards for Privacy of Personally Identifiable Information under 45 CFR 160 and 164 state that information used or disclosed by this authorization may be subject to redisclosure by the recipient of the information. Federal Confidentiality Rules under 42 CFR 2 prohibit further disclosure of drug or alcohol information unless further disclosure is permitted by written consent of the person it pertains to or as otherwise permitted under 42 CFR 1.

Plaintiff's
Exhibit
# 26

People of the
State of Illinois                    )          Case No. 18-CF-127

   -vs-                              )
Daniel Franklin                      )
Defendant                            )
                                     )
                                     )

## Motion to withdraw Plea

Now comes defendant daniel Franklin and
respectfully request that this court allow him to
withdraw his guilty plea. In support there of defendant offer's
the following:

1.) Defendant's plea was made under duress of
ineffective assistance of counsel.

2.) Defendants plea was made under duress of
Force and threats

3.) Defendants plea was made under duress of
severe pain, suffering and not being provided proper &
urgently needed cardiac, neurological and
medical treatment and care for serious illness and
injuries, and fear for health and life.

4.) Defendant plea was made under duress of
being subjected to cruel and Inhumane punishment
and defendant could not advise the court of this
when ask "how dose jail warden treat you" with the
warden sitting right there in courtroom. Jail warden
kept defendant housed in isolation 4 month's straight -

page 1 of 4

and could have made things worse.

5.) Defendants public defender failed to and
refused to present evidence of serious medical
neglect and cruel treatment to the court and
at 8-24-14 bond hearing even though the evidence
was clear and creditable.

6.) Defendant's attorney and Jail staff advised defendant
the only way to get to proper and urgently needed
medical care was to plead guilty and go to I.D.O.C.

7.) The day of and prior to 10-4-18 plea hearing defendant
advised Jail guard, several people including state of
Illinois Guardianship and advocacy commission co-
cordinator that he was (innocent and was) only ~~convicting~~
pleading guilty to get to urgent needed medical care
that he was being denied in montgomery county Jail.

8.) Immediately before Judge entered courtroom
for 10-4-2018 plea hearing defendant had
his public defender secratery come to the courtroom
and notorize a affidavit that stated "due to the fact
he was being severely medically neglected and in fear
for his life and due to the fact he did not think
the Judge would do anything to save him he was
going to answer all questions and admonsihments to

Page 2 of 4

to make sure the Plea was accepted not because
he was guilty but so that he could get the urgently
needed medical care he was in dire need of and
Planned to use the affidavit in motion to withdraw
Plea and At motion to withdraw plea hearing"
The affidavit also states "The sole purpose for this
affidavit being stamped immediately prior to plea
hearing is and was to prove his plea was involuntary at
his motion to withdraw plea hearing" Defendant knew
that guilty pleas are very difficult to withdraw after
401 admonishments and he took precautionary
measures to make sure he would be able to
Prove his plea was involuntary and made
under duress and for his safty and to protect
his life.

10.) (was in need of heart surgery) defendant had
a bad heart and was having serious chest pains
on brink of massive heart attack and/or stroke
and montgomery county medical contractors were
not doing anything to prevent it and defendant
public defender was doing nothing to alert the
Judge to this fact. Defendants reason for
pleading guilty was to save his life.

11.) Defendant was forced against his will to
plea guilty Just to try to get proper
medical care

page 3 of 4

12.) Defendant ~~into~~ ~~forced~~ ~~against~~ ~~his~~ could not let the Judge Know this at 10-4-18 Plea hearing for fear of being put back in that isolation cell and continuing to suffer with his life at risk.

13.) Defendant was unfit without special provisions

respectfully submitted

*Danl Franklin*

Daniel Franklin

For the record due to his mental and physical disabilities I Derek Hrabusicky and others have helped him put this motion and other documents together.

*Derek Hrabusicky*

Derek Hrabusicky

STATE OF ILLINOIS
COUNTY OF Montgomery **AFFIDAVIT**

I Daniel Franklin being duly sworn upon oath state and depose that:

Although the Judge throughly admonished me to assure Plea was voluntary it was not, I had to answer to get to urgently needed medical care and in fear for my life, health and safety
was unfit without special provisions
and ~~taken~~ ~~off~~ ~~all~~ ~~my~~ ~~psychotropic~~ ~~medications~~ and I did not have effective assistance of counsel. See greivances
# 20 & 21 read carefully they undisputably substantiate this as all others do

Page 4 OF 4

As can be seen from the many complaints and grievances I filed in montgomery county Jail, not one single time does Jail Warden Capt. Kevin Knisley deny this medical abuse and neglect is occurring which is basically the same as admitting to or confirming the neglect, abuse and inadequate medical care and treatment. If these things were not happening any reasonalble person or Jail Warden would have replied and stated "that the complaint/grievance had been investigated and was not true and/or unfounded and that inmate was being treated appropriately" Not one single time did Jail Warden Knisley deny that ANY complaints and grievances about medical and or (mattson) attorney were untrue because he knew they were in fact very true! when I personally pleaded with him to intervien and help me he repeatedly would state "I am not a medical personel I can not do anything to help you please stop asking me or my officers" but he did pass messages on to my public defender cause he knew she would not read or respond to anything I sent her (Erin mattson) and he knew that my public defender opposed me.

STATE OF ILLINOIS )
COUNTY OF )
MONTGOMERY )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT ILLINOIS

PROOF OF SERVICE
**AFFIDAVIT**

CASE NO. _____

Daniel Franklin
plaintiff
- vs - Montgomery co. Jail &
Kevin Knisley et. al.

I, Daniel Franklin _____, deposes and says that as to the matters
herein, he/she is the defendant in the above-entitled cause; that the defendant has read the
foregoing document, by him/her signed, and the statements contained therein are true in
substance and in fact.

Montgomery County Jail
TO: Kevin Knisley et. al. and
all defendants
1460 N. Main St.
Hillsboro, IL 62049

TO: CLERK OF THE COURT
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
750 Missouri Avenue
East St. Louis IL 62201

_____
Petitioner, pro se

PLEASE TAKE NOTICE that on Oct. 25th, 2018 I Daniel
Franklin Placed the below listed documents in the institutional
mail properly addressed to the partys listed above for mailing
through the U.S. Postal Service:

1. MOTION TO PROCEED WITHOUT PAYING COST OR FEES with
institional Certification from I.D.O.C.

2. MOTION FOR APPOINTMENT OF COUNSEL with personal
affidavit.

3. 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT.

4. EXHIBITS (a through 26 (exhibit 25 omitted)

Pursuant to 18 USC 1746, 18 USC 1621, I declare under the
penalty of purjury I am the named party in the above action,
That I have read the above documents and that the
information is true and correct to the best of my knowledge.

_____
DANIEL FRANKLIN

OFFICIAL SEAL
CHRIS CALDERINI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 01-08-2019

10-19-18

Subscribed and sworn to before me
this 19 day of October 2018.
County of Montgomery

Form revised Oct 2002

U.S. POSTAGE ≫ Pitney
ZIP 62049 $ 00.
02 1W
0001392902 OCT

This Correspondence
Is From An Inmate
Of The IL Dept
Of Corrections

MAIL CLEARED
US MARSHALS

DANIEL FRANKLIN #N-17675
Graham C.C.
12078 Illinois Rte 185
Hillsboro, IL 62049

CLERK OF THE COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue

East St. Louis, IL 62201

Legal M

RECEIVED

OCT 2 9 2018

CLERK, U. . DISTRICT COURT
SOUTHERN DI TRICT OF ILLINOIS
EAST ST. LOUIS OFFICE