UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DANIEL FRANKLIN,

          Plaintiff,

                            Case No. 3:18-cv-03280-JES

v.

MONTGOMERY COUNTY JAIL, *et al.*,

          Defendants.

## MOTION TO DISMISS CLAIM AGAINST ALL REMAINING DEFENDANTS BY PLAINTIFF AND DEFENDANTS, AND DISMISS CASE WITH PREJUDICE

Plaintiff Daniel Franklin, *pro se*, and Defendants Dr. Vipen Shah and Maegan Trone, by their attorney, Ryan M. Wiesner, jointly request the Court dismiss with prejudice Plaintiff's claims against all remaining defendants. In support, the movants state:

1.    The Court permitted Plaintiff to proceed with several claims against several correctional professionals and health services unit professionals stationed at the Montgomery County Jail. (Dkt. No. 22).

2.    Plaintiff previously settled his claim against the county employee, Defendant Kinsley, and this Court entered an Order on September 4, 2019 dismissing all claims against Defendant Kinsley with prejudice. (*See* 09/04/19 Text Only Order).

3.    The remaining defendants, including Dr. Vipin Shah and Nurse Tomey, have answered Plaintiff's complaint and denied all liability.

4.    Plaintiff and the remaining defendants have reached a resolution whereby Plaintiff has agreed to voluntarily dismiss all remaining claims against all defendants in this lawsuit with prejudice. It is the intent of the parties that this entire action be dismissed with prejudice.

5.   Plaintiff and the remaining defendants will bear their own respective costs and attorneys' fees in this matter.

For these reasons, Plaintiff and Defendants jointly request that the Court grant this motion, dismissing with prejudice Plaintiff's claim against all remaining Defendants, and dismissing this case with prejudice in its entirety.

Respectfully submitted,

Dated: October 29, 2019.                **PRO SE PLAINTIFF**

By: *s/ Daniel Franklin (with consent)*
1104 North Walnut Street
Springfield, IL 62702
Tel. (217) 572-0517

Dated: October 29, 2019.                **DAVIS & KUELTHAU, S.C.**

By: *s/ Ryan M. Wiesner*
Ryan M. Wiesner, Wis. SBN 1090647
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Tel. (414) 276-0200
Fax (414) 278-3643
Email  rwiesner@dkattorneys.com

*Attorneys for Dr. Vipen Shah and
Nurse Maegen Trone*